VINCENT D. HOWARD, Esquire
GREGORY H. D. ALUMIT, Esquire
HOWARD LAW, PC
675 Anton Boulevard, First Floor
Costa Mesa, CA 92626
Telephone: (800) 872-5925
Facsimile: (888) 533-7310
www.HowardLawPC.com

LAWRENCE W. WILLIAMSON, JR., State Bar No. 21282
l.williamson@thewilliamsonfirm.com
WILLIAMSON LAW FIRM, LLC
218 Delaware St. Suite 207
Kansas City, Missouri 64105
Telephone:  (816) 256-4150
Facsimile:   (913) 535-0736
www.thewilliamsonfirm.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN YOUNG, individually and on behalf of those similarly situated,<br><br>                    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, in his capacity as the Secretary of the California Department of Corrections and Rehabilitation,<br><br>                    Defendant. | Case No. 2:11-cv-02491-KJM-JFM<br><br>ORDER APPROVING CLASS NOTICE PROCEDURES<br><br>HON. Kimberly J. Mueller |

     WHEREAS, Plaintiff RYAN YOUNG, individually and on behalf of those similarly situated, and Defendant MATTHEW CATE, in his capacity as the Secretary of the California Department of Corrections and Rehabilitation, submitted a Joint Request for Approval of Class Notice Procedures pursuant to this Court's ORDER on Plaintiff's Motion for Conditional Certification (ECF 58); and

     WHEREAS, the parties submitted a proposed Notice of Pendency of Lawsuit with Opportunity to Join, attached as Exhibit A to the Joint Request, and submitted a proposed Consent to

1  Join Collective Action form, attached as Exhibit B to the Joint Request;

2      IT IS HEREBY ORDERED AS FOLLOWS:

3      1. The Notice of Pendency of Lawsuit with Opportunity to Join, attached as Exhibit A to the
4         Joint Request, is approved.

5      2. The Consent to Join Collective Action form, attached as Exhibit B to the Joint Request, is
6         approved.

7      3. Distribution of the Notice of Pendency of Lawsuit with Opportunity to Join and the
8         Consent to Join Collective Action form to all rank-and-file correctional officers currently
9         employed at Mule Creek State Prison is approved.  The manner of distribution shall be as
10        follows:

11        a. Within fourteen (14) calendar days of this Court's Order approving the Notice
12           and Consent to Join form, and method for distribution, Defendant shall inform
13           Plaintiff of the names and number of rank-and-file correctional officers currently
14           employed at Mule Creek State Prison.

15        b. Within seven (7) calendar days of receiving notice of the number of rank-and-file
16           correctional officers currently employed at Mule Creek State Prison, Plaintiff
17           shall provide Defendant copies of the Notice and Consent to Join form sufficient
18           in quantity to effect distribution of one copy of the Notice and one copy of the
19           Consent to Join form to each rank-and-file correctional officer currently
20           employed at Mule Creek State Prison.  Plaintiff shall bear all costs in producing
21           copies of the Notice and Consent to Join forms.

22        c. Within fourteen (14) calendar days of receiving the copies of the Notice and
23           Consent to Join forms, Defendant, or his agent, shall place one copy of a Notice
24           form, and one copy of the Consent to Join form, in the mailbox of each rank-and-
25           file correctional officer currently employed at Mule Creek State Prison, located
26           in the administrative Personnel Office of Mule Creek State Prison.

27

28

   d. Upon completing distribution of the Notice and Consent to Join forms, Defendant, or his agent, shall file with this Court a Notice and Declaration stating that distribution of the Notice and Consent to Join form has been completed.

4. To be timely filed and accepted, any Consent to Join Collective Action form must be filed with the Court by June 11, 2013. Consent to Join Collective Action forms submitted to the Court after this date shall not be considered timely, and will not be accepted absent a showing of good cause.

Approved As To Form:

Dated: February 27, 2013  By: /s/ Gregory H. D. Alumit, Esquire
              Vincent D. Howard
              Gregory H. D. Alumit
              HOWARD LAW, PC

            By: /s/ Lawrence W. Williamson, Jr., Esquire
              (as authorized on December 27, 2011)
              Lawrence W. Williamson, Jr.
              WILLIAMSON LAW FIRM, LLC

            Attorneys for Plaintiff Young and Class

Dated: February 27, 2013  By: /s/ Jennifer M. Garten
              Jennifer M. Garten, Labor Relations Counsel
              California Department of Human Resources

            *Attorney for defendant Matthew Cate*

**IT IS SO ORDERED.**

Dated: April 16, 2013.

              _____
              UNITED STATES DISTRICT JUDGE