JOAN A. MARKOFF
Chief Counsel, Bar No. 121787
FROLAN R. AGUILING
Deputy Chief Counsel, Bar No. 235874
JENNIFER M. GARTEN
Labor Relations Counsel, Bar No. 232979
DAVID D. KING
Labor Relations Counsel, Bar No. 252074
California Department of Human Resources
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95814-7243
Telephone: (916) 324-0512
Facsimile:  (916) 323-4723
E-mail:     Jennifer.Garten@calhr.ca.gov

Attorneys for Defendant Dr. Jeffrey Beard, Secretary of the
California Department of Corrections and Rehabilitation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN YOUNG, individually and on behalf of those similarly situated,<br><br>             Plaintiff,<br><br> v.<br><br>DR. JEFFREY BEARD, in his capacity as the Secretary of the California Department of Corrections and Rehabilitation,<br><br>             Defendant. | Case No. 2:11-cv-02491-KJM-JFM<br><br>**DEFENDANT'S NOTICE OF MOTION TO COMPEL DISCOVERY**<br><br>[Fed. R. Civ. Proc. 37]<br><br>Hearing Date:   May 28, 2014<br>Time:   10:00 a.m.<br>Judge:   Hon. Kimberly J. Mueller<br>Magistrate Judge:   Hon. Allison Claire<br>Courtroom:   26, 8th Floor |

      PLEASE TAKE NOTICE that on May 28, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom No. 26 of this Court, located at 501 "I" Street, Sacramento, California 95814, defendant Dr. Jeffrey Beard shall and hereby does move the Court for an Order Compelling Discovery under Federal Rules of Civil Procedure, rule 37.  Defendant seeks an Order compelling sufficient responses to defendant's Requests for Admissions, Set One (1), Special Interrogatories, Set One (1) and Requests for Production of Documents, Set One (1).

Pursuant to Local Rule 251, the motion will be based on this notice of motion, the Joint Statement regarding Discovery Disagreement to be filed at least seven (7) days before the scheduled hearing date, and any and all papers and pleadings filed by the parties, and upon such evidence that has been presented or will be presented at the hearing on the motion to compel.

Dated: May 7, 2014

                              Respectfully submitted,

                              JOAN A. MARKOFF
                              Chief Counsel

                              FROLAN R. AGUILING
                              Deputy Chief Counsel

                              By:   /s/ Jennifer M. Garten

                              JENNIFER M. GARTEN
                              Labor Relations Counsel
                              Attorneys for defendant Dr. Jeffrey Beard